UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| Ralph Lynn Ferguson, Jr, | § | |
| | § | CIVIL ACTION NO. 1:17cv295 |
| v. | § | |
| | § | JURY REQUESTED |
| J. KEITH STANLEY, | § | |
| individually and as partner at | § | |
| FAIRCHILD, PRICE, HALEY & SMITH, LLP. | § | |

## NOTICE OF CONSTITUTIONAL QUESTION

Plaintiff, Ralph Ferguson, serves this notice of constitutional question on the U.S. Attorney General. Plaintiff's Original Complaint challenges the constitutionality of Attorney Fees in 42 U.S.C. § 1988(b), and any and all similar Attorney Fees awarded by court order. Plaintiff's position is that such attorney fees provide compensation to represented parties far and above mere work product and in so doing create an unfair advantage to those who can either not afford an attorney or choose not to be represented by attorney. Plaintiff's belief is that the attorney fees as commonly implemented clearly established a practice of compensating represented parties for more than their attorney's work product thereby creating a unfair bias against unrepresented parties. Plaintiff reserves the right to challenge this matter of represented parties being compensated for legal cost that unrepresented parties are denied.

Respectfully submitted,

By: *Ralph Lynn Ferguson Jr*
Ralph Lynn Ferguson, Jr. Pro se
1192 Highway 27
DeRidder, Louisiana 70634
ralphsemail@hushmail.com
337.462.2615
337.462.0541

## CERTIFICATE OF SERVICE

  I certify that on July 10, 2017, a copy of Notice of Constitutional Question was served by certified U.S. mail, return receipt requested, on Attorney General of the United States, Jeff Sessions:

Attorney General of the United States
Jeff Sessions
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
phone 202-514-2000

*Ralph Lynn Ferguson Jr.*
Ralph Lynn Ferguson, Jr. Pro se