# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas



FILED
U.S. EASTERN DISTRICT COURT DISTRICT OF TEXAS
OCT 10 2017
BY DEPUTY_____

Case Number: 1:17CV295

Plaintiff:
**Ralph Lynn Ferguson, Jr.**

vs.

Defendant:
**J. Keith Stanley Individually and as Partner at Fairchild, Price, Haley & Smith L.L.P.**

For:
Ralph Lynn Ferguson
1192 Highway 27
Deridder, LA 70634

Received by Piney Woods Process LLC on the 20th day of September, 2017 at 5:45 pm to be served on **J. Keith Stanley, 413 Shelbyville Street, Center, TX 75935.**

I, Jimmy Wagstaff, being duly sworn, depose and say that on the **28th day of September, 2017 at 1:47 pm, I:**

**PERSONALLY** delivered a true copy of the **Summons in a Civil Action; Plaintiff's Original Complaint with Exhibits.** to: **J. Keith Stanley** at the address of: **413 Shelbyville Street, Center, TX 75935** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 29th day of September, 2017 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Jimmy Wagstaff
SCH#10383 EXP 06/30/2019

Piney Woods Process LLC
3009 South John Redditt Dr.
Suite E178
Lufkin, TX 75904
(936) 662-6320

Our Job Serial Number: PWO-2017000625
Service Fee: _____



STEFANIE K WAGSTAFF
Notary Public State of Texas
My Commission # 130635268
My Comm. Exp. May 2, 2020

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Ralph Lynn Ferguson, Jr. ) | |
| _Plaintiff(s)_ ) | |
| v. ) | Civil Action No. 1:17cv295 |
| ) | |
| J. KEITH STANLEY ) | |
| individually and as partner at ) | |
| FAIRCHILD, PRICE, HALEY & SMITH L.L.P. ) | |
| _Defendant(s)_ ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      J. KEITH STANLEY
      413 Shelbyville Street,
      P.O. Drawer 1719,
      Center, Texas 75935.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Ralph Lynn Ferguson, Jr.
      1192 Highway 27
      DeRidder, Louisiana 70634

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*David A. O'Toole*

Date: 7-10-2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* J. KEITH STANLEY

was received by me on *(date)* 9/20/2017.

☒ I personally served the summons on the individual at *(place)* 413 Shelbyville St, Center, TX 75935 on *(date)* 9-28-2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 10 2017
BY_____
DEPUTY

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10-4-2017

*Server's signature*

Jimmy Wagstaff
*Printed name and title*

PO Box 374 Joaquin, TX 75954
*Server's address*

Additional information regarding attempted service, etc: