## AFFIDAVIT OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 1:17CV295

Plaintiff:
**Ralph Lynn Ferguson, Jr.**

vs.

Defendant:
**J. Keith Stanley Individually and as Partner at Fairchild, Price, Haley & Smith L.L.P.**

For:
Ralph Lynn Ferguson
1192 Highway 27
Deridder, LA 70634

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 10 2017

BY
DEPUTY_____

Received by Piney Woods Process LLC on the 20th day of September, 2017 at 5:45 pm to be served on **J. Keith Stanley, 235 CR 779, Buna, TX 77612**.

I, Jimmy Wagstaff, being duly sworn, depose and say that on the 28th day of September, 2017 at 1:47 pm, I:

**NON-SERVED the Summons in a Civil Action; Plaintiff's Original Complaint with Exhibits**, for the reason that I failed to find **J. Keith Stanley** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
9/27/2017 5:30 pm I attempted service at 235 CR 779 Buna TX and per the current resident Theresa Stanley who stated that she is the widow of Jason Keith Stanley. Theresa advised that her husband passed away approximately 7 years ago. I confirmed this through the website for Adam's E.E. Stringer Funeral Home. In the obituary it states that Mr. Stanley passed on 05/01/2017. Theresa also stated that she had received documents earlier this year. She stated that she researched and found that the respondent is an attorney who has an office in Jasper. She has advised that her husband was a carpenter and never practiced law.

## AFFIDAVIT OF NON-SERVICE For 1:17CV295

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 5th day of October, 2017 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Jimmy Wagstaff
SCH#10383 EXP 06/30/2019

Piney Woods Process LLC
3009 South John Redditt Dr.
Suite E178
Lufkin, TX 75904
(936) 662-6320

Our Job Serial Number: PWO-2017000625
Service Fee: _____

STEFANIE K WAGSTAFF
Notary Public State of Texas
My Commission # 130635268
My Comm. Exp. May 2, 2020

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1n