UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

GENERAL ORDER TRANSFERRING BEAUMONT CASES

For effective disposition of cases in the Eastern District of Texas, the following Beaumont civil cases are hereby transferred from Chief Judge Ron Clark to U.S. District Judge Marcia Crone:

**Civil (72 cases; 26 of them referred to the Magistrate Judges)**

| | |
|---|---|
| 1:13-cv-00668-RC | Nguyen et al v. FDIC, as Receiver for First National Bank, NA. Et Al |
| 1:13-cv-00718-RC-ZJH | Mitchell v. Postmaster General |
| 1:14-cv-00086-RC | Reddell v. DynCorp International LLC, et al |
| 1:14-cv-00173-RC-ZJH | Stuntz v. Ashland Elastomers, LLC et al |
| 1:14-cv-00250-RC-KFG | SEALED V. SEALED |
| 1:16-cv-00062-RC-KFG | Richardson v. League Medical Concepts et al |
| 1:16-cv-00268-RC-ZJH | Aishman v. GCIU Retirement Fund CEO et al |
| 1:16-cv-00340-RC-KFG | Krug v. Unknown Party |
| 1:16-cv-00473-RC | SEALED v. SEALED |
| 1:16-cv-00475-RC-ZJH | Rodgers v. Orion Engineered Carbons, Inc |
| 1:16-cv-00498-RC-KFG | Vargas v. Beaumont Medical Administration et al |
| 1:16-cv-00528-RC | Leger v. Cowboy Motorsports of Beaumont, L.P. |
| 1:17-cv-00048-RC | Victory Medical Center Beaumont, LP v. Connecticut General Life Insurance Company et al |
| 1:17-cv-00059-RC-ZJH | Peraza v. Lara et al |
| 1:17-cv-00067-RC | Hayes vs. Jefferson County, et al |
| 1:17-cv-00111-RC | Ware v. Bristol-Myers Squibb Company et al |
| 1:17-cv-00130-RC-KFG | USA v. 6140 Eastex Freeway, Beaumont, Jefferson County, Texas, et al |
| 1:17-cv-00131-RC-KFG | United States of America v. 3370 Briar Court, Beaumont, Jefferson County, Texas, et al |
| 1:17-cv-00134-RC-ZJH | Bonin v. Sabine River Authority of Texas |
| 1:17-cv-00145-RC | Allison v. Wal-Mart Stores Texas, LLC |
| 1:17-cv-00168-RC | Simmons v. Renae G. Stanford Inc, et al |
| 1:17-cv-00174-RC-ZJH | Woodard v. United States of America et al |
| 1:17-cv-00186-RC | Prudhomme v. Baptist Hospitals of Southeast Texas |
| 1:17-cv-00193-RC-ZJH | Shelton v. Lowe et al |

| | |
|---|---|
| 1:17-cv-00202-RC-ZJH | Guidry v. Roche Therapeutics Inc. et al |
| 1:17-cv-00208-RC | Vallair v. E.A. Uffman & Associates, Inc. |
| 1:17-cv-00274-RC | Jones et al v. Allstate Fire and Casualty Insurance Company |
| 1:17-cv-00286-RC | Clark v. Capital One Bank (USA), N.A. |
| 1:17-cv-00295-RC-ZJH | Ferguson v. Stanley |
| 1:17-cv-00296-RC | Fillips v. Jones et al |
| 1:17-cv-00300-RC | Cates v. Retrieval Masters Creditors Bureau, Inc. |
| 1:17-cv-00309-RC | Duncan v. Walmart Stores Texas, LP et al |
| 1:17-cv-00320-RC | Portie v. Sam's East, Inc |
| 1:17-cv-00328-RC | Manson Gulf, LLC v. Environmental Remediation Services, Inc. |
| 1:17-cv-00330-RC | CNH Industrial Capital America LLC v. Skrla |
| 1:17-cv-00336-RC-ZJH | Deutsche Bank National Trust Company v. Barker et al |
| 1:17-cv-344-RC | Van Horn, et al v. The City of Port Arthur, Texas, et al |
| 1:17-cv-00364-RC | Nutrition Distribution, LLC v. Purity Solutions, LLC et al |
| 1:17-cv-00370-RC | Negrete v. Wal-Mart Stores Texas, LLC |
| 1:17-cv-00376-RC-ZJH | Stafford v. Wal-Mart Stores Texas, LLC |
| 1:17-cv-00390-RC | Arceneaux v. Kilgore Construction, LLC et al |
| 1:17-cv-00391-RC | Scruggs v. Charter Communications, Inc. |
| 1:17-cv-00396-RC-ZJH | Norwood v. Industrial Warehouse Services, Inc. et al |
| 1:17-cv-00401-RC | Green v. Cook Group Inc et al |
| 1:17-cv-00406-RC-KFG | Wells Fargo Bank, National Association v. Cabell et al |
| 1:17-cv-00407-RC | Van Winkle v. BG Real Estate Investment Corp., et al. |
| 1:17-cv-00416-RC-KFG | Scott v. Coastal Staffing Services, LLC et al |
| 1:17-cv-00427-RC | North American Company for Life and Health Insurance v. Scarborough et al |
| 1:17-cv-00442-RC | Montgomery v. United States of America |
| 1:17-cv-00447-RC | Coleson v. The City of Kirbyville et al |
| 1:17-cv-00449-RC | Houston Casualty Company v. Westport Orange Shipyard, LLC et al |
| 1:17-cv-00454-RC | Henry v. Family Dollar, Inc. et al |
| 1:17-cv-00456-RC-KFG | Baptist Hospitals of Southeast Texas v. SelectCare of Texas, Inc. |
| 1:17-cv-00458-RC | Martin et al v. Team Industrial Services, Inc. et al |
| 1:17-cv-00468-RC-ZJH | Wiley v. Jasper Texas City Police Department |
| 1:17-cv-00471-RC-ZJH | Alfaro v. Victoria's Secret |
| 1:17-cv-00482-RC-ZJH | Choate v. Victoria's Secret |
| 1:17-cv-00485-RC Company et al | Baptist Hospitals of Southeast Texas d/b/a Baptist Beaumont Hospital v. Humana Insurance |
| 1:17-cv-00492-RC | Nunez v. Lowe's Home Centers, LLC |

| | |
|---|---|
| 1:17-cv-00494-RC | Kelley et al v. German Pellets Texas LLC |
| 1:17-cv-00503-RC-ZJH | Banks v. Perez et al |
| 1:17-cv-00508-RC | Robison v. CNA Insurance Company, et al |
| 1:17-cv-00510-RC | Borne v. AAY Security LLC |

Signed this 16th day of January, 2018.

FOR THE COURT:

_____
RON CLARK
Chief Judge