**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ralph Ferguson
   1192 Highway 27
   DeRidder, LA 70634

   9590 9402 3207 7166 3299 83

2. Article Number (Transfer from service label)

   7018 3090 0000 2599 8438

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Ralph Ferguson
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name)
   Ralph Ferguson
   C. Date of Delivery
   Jan 13 20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 3207 7166 3299 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

CLERK, U.S. DISTRICT COURT RECEIVED JAN 16 2019 EASTERN DISTRICT OF TEXAS BEAUMONT, TEXAS

Sender: Please print your name, address, and ZIP+4® in this box

**U.S. DISTRICT CLERK**
**300 WILLOW ST., STE. 104**
**BEAUMONT, TX 77701**

1:17cv295 #10 R&R    Hkd