UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Ralph Lynn Ferguson, Jr,

v.                                    Civ. No. 1:17cv00295 _____

J. KEITH STANLEY,
individually and as partner at
FAIRCHILD, PRICE, HALEY & SMITH,
LLP.

## AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendant  J. KEITH STANLEY  was served by the following method: Personal service of Summons and Complaint with attachments on J. KEITH STANLEY at 413 Shelbyville St., Center, TX 75935, on September 28, 2017, by state licensed process server Jimmy Wagstaff SCH#10383. Process Server's Affidavit of service entered into this case record by Plaintiff at Docket Entry 6 on October 10, 2017.

I further certify that the defendant has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case.

The Clerk is requested to enter a default against said defendant.

*Ralph Lynn Ferguson Jr*
Ralph Lynn Ferguson, Jr.  Plaintiff

Date:                                  Plaintiff or Attorney for Plaintiff

January 24, 2020                       N/A
                                       Bar No.
                                       1192 Hwy 27
                                       Address
                                       DeRidder, Louisiana 70634

p:\dflt.aff