IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RALPH LYNN FERGUSON JR,<br><br>    Plaintiff,<br><br>vs.<br><br>J. KEITH STANLEY, INDIVIDUALLY AND AS PARTNER AT FAIRCHILD, PRICE, HALEY & SMITH, LLP;<br><br>    Defendant. | No.1:17-CV-00295-MAC |

## **ORDER**

This case is assigned to the Honorable Marcia A. Crone, United States District Judge, and referred to the undersigned for pretrial management. On January 9, 2020, the undersigned filed a report and recommendation that Plaintiff Ralph Ferguson's ("Ferguson") claims against Defendant J. Keith Stanley should be dismissed without prejudice for failure to serve. Doc. No. 10. On January 24, 2020, Ferguson filed an objection to the report and recommendation (Doc. No. 13) noting the timely service of defendant (Doc. No. 6).

In light of Ferguson's timely objections (Doc. No. 13), the undersigned withdraws the report and recommendation (Doc. No. 10).

It is, therefore, **ORDERED** that the undersigned's report and recommendation (Doc. No. 10) is withdrawn.

SIGNED this 29th day of January, 2020.

_____
Zack Hawthorn
United States Magistrate Judge