UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RALPH LYNN FERGUSON, JR.

v.  Civil Action No. 1:17CV295

J. KEITH STANLEY

## CLERK'S ENTRY OF DEFAULT

On this 6th day of January 2020, it appears from the affidavit in support of default of Ralph Lynn Ferguson, Jr. that the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure.

Now, therefore, the DEFAULT of the following named defendant is hereby entered:

**J. KEITH STANLEY**

DAVID A. O'TOOLE, CLERK

By: _____
Deputy Clerk