IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RALPH LYNN FERGUSON JR, <br><br> Plaintiff, <br> vs. <br><br> J. KEITH STANLEY, INDIVIDUALLY AND AS PARTNER AT FAIRCHILD, PRICE, HALEY & SMITH, LLP; <br><br> Defendant. | NO.1:17-CV-00295-MAC |

## **ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO STRIKE DEFENDANT'S PLEADING DE 19**

This case is assigned to the Honorable Marcia A. Crone, United States District Judge, and is referred to the undersigned for pre-trial management. Pending before the court is Plaintiff Ralph Lynn Ferguson Jr.'s ("Ferguson") "Emergency Plaintiff's Motion to Strike Defendant's Pleading DE 19." Doc. No. 21. Ferguson asks the court to strike Defendant J. Keith Stanley's ("Stanley") "First Motion for Relief from Judgment and/or Order" (Doc. No. 19) because of Stanley's use of unpublished cases, which Ferguson claims prejudices him. Doc. No. 21, p. 2.

It is, therefore, **ORDERED** that Ferguson's "Emergency Plaintiff's Motion to Strike Defendant's Pleading DE 19" (Doc. No. 21) is **DENIED**.

It is further **ORDERED** that Stanley serve a copy of all unpublished citations used on Ferguson.

SIGNED this 6th day of April, 2020.

_____
Zack Hawthorn
United States Magistrate Judge