| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

RALPH LYNN FERGUSON, JR., §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§　CIVIL ACTION NO. 1:17-CV-295
*versus* §
　　　　　　　　　　　　　　　§
J. KEITH STANLEY, §
　　　　　　　　　　　　　　　§
　　　　　Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the Report and Recommendation of the Magistrate Judge (Doc. No. 46), which recommends granting Defendant J. Keith Stanley's ("Stanley") *Motion for Summary Judgment* (Doc. No. 45) on the basis of res judicata. No objections have been filed to the Magistrate Judge's Report and Recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. No. 46) is **ADOPTED**; Stanley's *Motion for Summary Judgment* (Doc. No. 45) is **GRANTED**. The case is **DISMISSED WITH PREJUDICE**.

SIGNED at Beaumont, Texas, this 17th day of June, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE